LISA R. LANG, OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 714-7579
Email: Lisa@jplawpc.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHAUNA HANNER,

          Plaintiff,

vs.

COMMISSIONER of Social Security,

          Defendant

Case No. 3:22-cv-01700-SB

ORDER GRANTING AWARD
OF ATTORNEY'S FEES
UNDER 42 U.S.C. § 406(b)

      Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

      ORDERED that Plaintiff is awarded attorney's fees in the amount of $12,291.25, minus $1,268.73 in EAJA fees received and minus $3,600 in anticipated 406(a) fees approved, for a net payment of $**7,422.52**.

      It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

      DATED this 31st day of January, 2025.

                                      */s/ Stacie F. Beckerman*
                              HON. STACIE F. BECKERMAN
                              U.S. Magistrate Judge